IN THE MATTER OF THE APPEALS OF KENTS 2124 ATLANTIC AVE., INC., KENTS 1214 ATLANTIC AVE., INC., AND VIENNA DELICATESSEN CO., FROM 1956 AND 1957 ASSESSMENTS BY THE CITY OF ATLANTIC CITY.

Argued November 23, 1959—Decided December 21, 1959.

*Mr. David M. Perskie* argued the cause for the appellants (*Messrs. Perskie & Perskie,* attorneys).

*Mr. Daniel J. Dowling* argued the cause for the respondent (*Mr. Murray Fredericks,* attorney).

PER CURIAM. The matter is remanded to the Division of Tax Appeals with the following directions:

(1) To examine the local assessors of Atlantic City in office for the years 1954 to 1957, inclusive, with respect to the percentage of true value which they used in making or revising assessments relating to real property (or classes thereof) including new construction and subdivisions;

(2) To receive such further testimony as the parties may offer with respect to the subject matter described in (1);

(3) To make such further findings as may be appropriate in the light of the additional proofs, including the effect, if any, of such findings upon the judgments under review;

(4) To return the additional proofs and findings to this court.

Jurisdiction of the causes is retained.

*For remandment*—Chief Justice WEINTRAUB, and Justices BURLING, FRANCIS, PROCTOR, HALL and SCHETTINO—6.

*Opposed*—None.